PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARCELIA WICKS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:21-cv-1776 DB<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: September 6, 2022                OSTERHOUT BERGER DISABILITY LAW

                                       By:    /s/ Caspar Chan for Meghan O. Lambert*
                                       MEGHAN O. LAMBERT
                                       *Authorized by email on September 8, 2022
                                       Attorneys for Plaintiff

Date: September 6, 2022                PHILIP A. TALBERT
                                       United States Attorney
                                       Eastern District of California

                                       By:    /s/ Caspar Chan
                                       CASPAR CHAN
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. This action is remanded pursuant to sentence four of 42 U.S.C. § 405(g);

2. On remand, the Commissioner will further develop the record as necessary, and issue a new decision;

3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner; and

4. This action is closed.

DATED: September 8, 2022               /s/ DEBORAH BARNES
                                       UNITED STATES MAGISTRATE JUDGE