PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
CASPAR CHAN
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 510-970-4810
Facsimile: 415-744-0134
Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

Meghan O. Lambert, Esq.
Osterhout Berger Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Phone: 412-794-8003
Meghan@mydisabilityattorney.com
CA Bar ID: 258040
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARCELIA WICKS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No.  2:21-cv-1776-DB<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE DEBORAH BARNES, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of FIVE THOUSAND, FOUR HUNDRED DOLLARS and 00/100 ($5,400.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, Meghan O. Lambert, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Meghan O. Lambert at 521 Cedar Way, Suite 200, Oakmont, Pennsylvania 15139.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's attorney,

Meghan O. Lambert, including Osterhout Berger Disability Law, LLC, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

                                          Respectfully submitted,

Dated: December 6, 2022        /s/ *Meghan O. Lambert*
                                        MEGHAN O. LAMBERT
                                        Attorney for Plaintiff

Dated: December 6, 2022        PHILLIP A. TALBERT
                                        United States Attorney

                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Office of Program Litigation, Office 7
                                        Social Security Administration

                           By:   /s/ * Caspar Chan
                                        CASPAR CHAN
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant
                                        (*Permission to use electronic signature
                                        obtained via email on December 5, 2022).

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: December 14, 2022       /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE